

**Entered on Docket
February 02, 2010**



_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

JORGE L. SANCHEZ, ESQ.
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
900 South Fourth Street, Suite 101
Las Vegas, Nevada 89101
Phone (702) 635-8529
Fax (702) 537-2800
E-mail jsanchez@sanchezlawgroup.net
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) BK-09-24048-MKN |
| | ) CHAPTER 13 |
| MANUEL G. GUTIERREZ | ) |
| AND | ) **ORDER GRANTING MOTION TO VALUE** |
| ADELA R. GUTIERREZ | ) **DEBTOR' NON-PRINCIPAL RESIDENCE** |
| | ) **REAL PROPERTY, TO MODIFY THE RIGHTS** |
| Debtor(s) | ) **OF PARTIALLY SECURED AND WHOLLY** |
| | ) **UNSECURED LIENHOLDERS AND OBJECTION** |
| | ) **TO LIENHOLDERS' PROOF(S) OF CLAIM, IF** |
| | ) **ANY** |
| | ) |
| | ) DATE: January 14, 2010 |
| | ) TIME: 2:30 p.m. |
| | ) ESTIMATED TIME FOR HEARING: 10 min |

    Debtor's Motion to Value Debtors' Non-Principal Residence Real Property pursuant to 11 U.S.C. § 506(a), and § 1322, and Bankruptcy Rules 3012 and 9014, having been duly filed and served on WELLS FARGO HOME MORTGAGE, having come before this Court for hearing on the date and at the time set forth above with Debtor appearing by and through his

legal counsel Jorge L. Sanchez, Esq., of the law firm of Sanchez Law Group, Ltd., and the named lien holders/lenders/servicers not having appeared or otherwise having responded, and good cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The value of Debtor's real property located at as 3700 Bach Way, North Las Vegas, NV 89032 was to $119,887.00 on the filing date of Debtor's Petition;

2. The mortgage lien of WELLS FARGO HOME MORTGAGE is secured only to the extent of $119,887.00;

3. The non-secured portion of WELLS FARGO HOME MORTGAGE's mortgage loan shall be reclassified as general unsecured claims to be paid pro rata with other general unsecured creditors through the Debtor's Chapter 13 plan; and

5. The Proof of Claim, if any, filed by WELLS FARGO HOME MORTGAGE are hereby modified to reflect the secured/unsecured status set forth herein.

6. In the event the instant Chapter 13 matter is dismissed or converted to a Chapter 7 the instant order shall be vacated.

DATED: January 28, 2010

Respectfully Submitted:

/s/Jorge L. Sanchez, Esq. /s/
Jorge L. Sanchez, Esq.
Attorney for Debtor

2

RULE 9021 COMPLIANCE

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

WELLS FARGO HOME MORTGAGE [Failed to Respond (did not attending hearing)]

__ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

__ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###