KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV 89101
(702) 853-0700

E-FILED: 04/27/2010

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:
MANUEL G GUTIERREZ
ADELA R GUTIERREZ

CASE NO: BKS-09-24048-MKN

CHAPTER 13

Hearing Date:   May 14, 2010
Hearing Time:   1:30 pm

CROSBY & ASSOCIATES
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF 1 - Supplemental Opposition
COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

The Trustee herein, Kathleen A. Leavitt, hereby objects to confirmation of Plan and hereby represents the following:

The Debtor(s) filed for Chapter 13 relief on 08/03/2009. The 341(a) Meeting of Creditors held on September 15, 2009 at 2:00 pm was:

- Concluded

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- Debtor(s) are delinquent in Plan payments

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $450.00.

Dated: 04/27/2010

/s/Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee